1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| WALSH CONSTRUCTION COMPANY II, LLC. | Case No. CV 25-129-GW-PVCx |
| --- | --- |
| Plaintiff, | **ORDER TO DISMISS WITH PREJUDICE** |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | |
| Defendant. | |

   Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

   Each party shall bear their own attorneys' fees and costs.

   IT IS SO ORDERED.

Dated: December 17, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE